MINASIAN, MINASIAN, MINASIAN,
SPRUANCE & BABER
ATTORNEYS AT LAW
1681 BIRD STREET
P.O. BOX 1679
OROVILLE, CALIFORNIA 95965
TELEPHONE: (916) 533-2885

Attorneys for Orland Unit Water Users' Association
Glenn-Colusa Irrigation District
Water Master Supervision Committee

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

H. C. ANGLE, et al.,

    Defendants.

NO. EQUITY NO. 30
CIVIL NO. S80-583 PCW

ORDER

The Petition of the Stony Creek Water Master Supervision Committee and George Wilson the Water Master, having come before the Court and based upon the evidence and testimony presented, the Court orders as follows:

1. That the Order of May 25, 1982 specifying the basis of apportionment of the costs and expenses of the Water Master is rescinded. The Court hereby orders that the basis of apportionment of expenses specified in this Court's order of April 27, 1950 shall be the basis of apportionment until further order of the Court.

2. The Court hereby approves the application of that apportionment order to the expenses heretofore incurred and

-1-

approved by the Court by its order of June 25, 1982 and does further approve the expenditures of $15,000 to George Wilson for salary up to May 1, 1984 and reimbursement to the Orland Unit Water Users' Association of the amounts of expenses of Mr. Wilson advanced by that organization and the amounts of attorney fees and costs in the amount of $1500.24 so advanced by the Orland Unit Water Users' Association.

3. The Court does hereby approve and adopt the form of Notice of Payments Required Under Order of this Court and such form and the procedure specified therein shall be utilized by the Clerk until further order of this Court.

4. The Court hereby approves and orders the Water Master and Clerk of the Court to send two assessments and billings during the 1984 year. The first shall be sent in the Spring of 1984 and shall be payable 40 days after mailing upon a date to be specified by the Clerk. The second shall be due and payable on October 15, 1984. Each of the assessments shall be for an amount of six times the amount of the assessment made under the April 27, 1950 Order in order to collect the back expenses and charges of the Water Master service and to provide for the 1984 current expenses.

5. The Court further orders the establishment of the following procedure for determining the amount of assessment in years subsequent to year 1984 which shall be utilized until further order of the Court.

6. As soon as practicable after January 1, the Water Master shall prepare a detailed written budget estimating the expenses and costs estimated to be incurred during the following

1  year. That budget shall be mailed, first class to all holders
2  of right under the Angle Decree. If no written objection to that
3  budget is filed with the Court within 45 days of the mailing, the
4  Water Master and Clerk are authorized and ordered to send out an
5  assessment, using the apportionment specified in the April 27, 1950
6  Order, which will collect such amount assuming a 15% delinquency
7  rate.

    7. If an objection is filed, the assessment shall be delayed until the Court hears and rules upon the objection.

Dated: June 21, 1984

*Philip C. Wilkins*
UNITED STATES DISTRICT JUDGE

-3-

```
USA        )
v.         )
ANGLE      )                    CASE #  S-80-583-PCW
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on ____6/21/84____ I served a copy of the attached

ORDER

by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail at Sacramento, California; or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

| SERVED BY MAIL | SERVED BY INTER-OFFICE |
|---|---|
| Minasian, Minasian, et al<br>P. O. Box 1679<br>Oroville, CA 95965 | Judge Wilkins<br><br>US Attorney - Robinson |
| George Basye<br>Downey, Brand, et al<br>555 Capitol Mall, #1050<br>Sacramento, CA 95814 | |
| Harold Wilsey, Jr.<br>Colusa County Counsel<br>P. O. Box 972<br>Colusa, CA 95932 | |
| Martin McDonough<br>McDonough, Holland & Allen<br>555 Capitol Mall, #950<br>Sacramento, CA 95814 | |

_____
DEPUTY CLERK