IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | In Equity No. 30 |
| Plaintiff, | ) | |
| | ) | |
| H.C. ANGLE, et al., | ) | CIVIL NO. S-80-583-LKK |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF PAYMENTS REQUIRED UNDER THE ORDER
OF THIS COURT IN RELATION TO
COMPENSATION AND EXPENSES OF THE WATER MASTER
FOR THE CURRENT YEAR

By order of this Court on June 25, 1982, George G. Wilson was appointed as Water Master, and as such, directed and authorized to carry out and enforce the provisions of this Decree in this cause; and the cost in that relation for the current year (made up of the compensation of said Water Master together with a limited and stated sum per month on account of expenses incurred by him, and moderate allowance for incidentals and contingencies), the Plaintiff bearing more than one-half of the total.

The amount herein required to be paid by you for the current year (being a party or parties defendant named in said Order, or a successor or successors in interest thereof) to the Clerk of this

1

Court under said apportionment is the full sum shown on the attached Exhibit A which is due and payable on or before the **August 1, 2008.** Payment may be made to the Stony Creek Water Master Supervision Committee at 828 Eighth Street, Orland, California, 95963. Remedies are provided for failure to make such payments.

You are referred to the Decree in the cause, and to the aforesaid Order of this Court of June 2, 1984, which are on file in said Clerk's Office at Sacramento, California. Copies thereof are available at the office of the Water Master at Orland, California.

DATE: 7/30/08

*Marianne Matherly*
Chief Deputy
for the CLERK OF THE COURT

2