UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

        Plaintiff,

   v.

H.C. ANGLE, et al.,

        Defendants.
_____/

NO. CIV. S-80-583 LKK

O R D E R

Pending before the court is the United States' motion to amend the Angle decree and defendant Barkley's countermotion thereto, set to be heard on December 8, 2008. Due to court congestion, the hearing on both motions is CONTINUED to February 9, 2009 at 10:00 AM.

    IT IS SO ORDERED.

    DATED: November 14, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1