IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>H.C. ANGLE, et al.,<br><br>    Defendants. | Civil No. S-80-583-LKK [In Equity No. 30]<br><br>ORDER APPROVING JOINT STIPULATION TO RESCHEDULE HEARING AND REVISE BRIEFING SCHEDULE |

This matter is before the Court on the joint stipulation filed by the plaintiff, United States of America, and defendant Michael J. Barkley, *in propria persona*. The parties request that the Court revise the briefing schedule for the two pending motions: the plaintiff's Motion to Amend the Angle Decree Re: Place of Use of Water Rights and to Establish a Court-Approved Process for Future Annexations and Changes in Place of Use; and the defendant's Counter-Motion to Set Aside the Angle Decree in its Entirety and for other forms of relief.

The Court, having considered the parties' joint stipulation and the complete record in this matter, finds that good cause exists to APPROVE the parties' joint stipulation and revise the briefing schedule. Accordingly,

ORDER APPROVING JOINT STIPULATION TO RESCHEDULE      Civil No. S-80-583-LKK
HEARING AND REVISE BRIEFING SCHEDULE
[PROPOSED]

IT IS HEREBY ORDERED THAT the briefing schedule is hereby modified as follows:

- December 15, 2008 - Plaintiff's reply brief and response to defendant's counter-motion;
- January 12, 2009 - Defendant's reply brief in support of his counter-motion.

The hearing on both pending motions remains set for February 9, 2009, at 10:00 a.m.

SO ORDERED this 19th day of November, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Presented by:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:   charles.shockey@usdoj.gov

Attorney for Plaintiff