UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

        NO. CIV. S-80-583 LKK

    Plaintiff,

  v.

        O R D E R

H.C. ANGLE, et al.,

    Defendants.
_____/

Pending before the court is a motion to reconsider by defendant Michael Barkley. The court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for April 20, 2009 is VACATED. The deadline for defendant to file its reply, if any, remains April 13, 2009.

IT IS SO ORDERED.

DATED: April 10, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1