IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>H.C. ANGLE, et al.,<br><br>    Defendants. | Civil No. S-80-583-LKK [In Equity No. 30]<br><br>ORDER APPROVING JOINT STIPULATION TO RESCHEDULE HEARING AND REVISE BRIEFING SCHEDULE |

      This matter is before the Court on the joint stipulation filed by the plaintiff, United States of America, and defendant Michael J. Barkley, *in propria persona*. The parties request that the Court revise the briefing schedule and reset the hearing on the defendant's Motion to Require Changes in Practices of the Water Master.

      The Court, having considered the parties' joint stipulation and the complete record in this matter, finds that good cause exists to APPROVE the parties' joint stipulation, reschedule the hearing, and revise the briefing schedule. Accordingly,

ORDER APPROVING JOINT STIPULATION TO RESCHEDULE           Civil No. S-80-583-LKK
HEARING AND REVISE BRIEFING SCHEDULE
[PROPOSED]

1      IT IS HEREBY ORDERED THAT the hearing will be reset for April 5, 2010, at 10:00
2 a.m.  The briefing schedule is hereby adjusted accordingly, as follows:
3     •    February 22, 2010 - plaintiff's response brief
4     •    March 22, 2010 - defendant's reply brief
5     •    April 5, 2010 - hearing on defendant's motions at 10:00 a.m.
6
7     SO ORDERED this 25th day of January , 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Presented by:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Attorney for Plaintiff

ORDER APPROVING JOINT STIPULATION TO RESCHEDULE        Civil No. S-80-583-LKK
HEARING AND REVISE BRIEFING SCHEDULE
[PROPOSED]    2