BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

DAVID T. SHELLEDY
Assistant U.S. Attorney
Eastern District of California

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

CHARLES R. SHOCKEY, Attorney (DC Bar # 914879)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:       charles.shockey@usdoj.gov

STEPHEN M. MACFARLANE (NY Bar # 2456440; DC Bar # 439139)
Attorney, United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section,
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2204
Facsimile:   (916) 930-2210
Email:       stephen.macfarlane@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> H.C. ANGLE, *et al.*, <br> Defendants. | CIV. NO. S-80-583-LKK <br> [In Equity No. 30] <br><br> UNITED STATES' NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL <br><br> Local Rule 182(g) |

This is to advise the Court and all parties that, pursuant to Local Rule 182(g), effective immediately, Stephen M. Macfarlane enters his appearance as counsel of record on behalf of the plaintiff in place of Charles R. Shockey, who is withdrawing as counsel of record, due to his

retirement from federal service effective August 30, 2013.  Any pleadings, notices, and correspondence should be sent to the attention of Mr. Marfarlane, whose address, phone number, fax number, and email are provided below:

> STEPHEN M. MACFARLANE
> Attorney, Natural Resources Section
> Environment and Natural Resources Division
> United States Department of Justice
> 501 "I" Street, Suite 9-700
> Sacramento, CA 95814
> Telephone:     (916) 930-2204
> Facsimile:      (916) 930-2210
> Email:            stephen.macfarlane@usdoj.gov

Please remove Mr. Shockey's name from the service list which the Court uses to serve all parties.  Thank you for your assistance.  Please contact the undersigned with any questions.

Respectfully submitted this 8th day of August, 2013.

> BENJAMIN B. WAGNER
> United States Attorney
> Eastern District of California
>
> DAVID T. SHELLEDY
> Assistant U.S. Attorney
>
> ROBERT G. DREHER
> Acting Assistant Attorney General
> Environment & Natural Resources Division
>
> /s/ *Charles R. Shockey*
>
> CHARLES R. SHOCKEY (D.C. Bar # 914879)
> Attorney, United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section,
> 501 "I" Street, Suite 9-700
> Sacramento, CA 95814-2322
> Telephone:     (916) 930-2203
> Facsimile:      (916) 930-2210
> Email:            charles.shockey@usdoj.gov
>
> /s/ *Stephen M. Macfarlane*
>
> STEPHEN M. MACFARLANE
> NY Bar # 2456440; DC Bar # 439139
> Attorney, United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section,
> 501 "I" Street, Suite 9-700
> Sacramento, CA 95814-2322

```
Telephone:   (916) 930-2204
Facsimile:   (916) 930-2210
Email:       stephen.macfarlane@usdoj.gov
```

/s/ *Amy Aufdemberge*

AMY AUFDEMBERGE
Assistant Regional Solicitor
Office of the Regional Solicitor
Pacific Southwest Region
U.S. Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA 95825-1890

Attorney for the Department of the Interior

**IT IS SO ORDERED.**

**DATE:**  August 12, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the Sacramento Field Office of the United States Department of Justice, Environment and Natural Resources Division, 501 "I" Street, Suite 9-700, Sacramento, California, 95814-2322, that he is a person of such age and discretion to be competent to serve papers, and that, on August 8, 2013, he served copies of the attached:

**United States' Notice of Substitution and Withdrawal of Counsel**

on all counsel of record through the court's Electronic Case Filing system and by causing copies to be placed in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which are the last known place and addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California:

**VIA U.S. MAIL:**

**George Wilson**
Office of the Water Master
Stony Creek and Tributaries
828 Eighth Street
Orland, CA 95693

/s/ *Charles R. Shockey*

Charles R. Shockey