IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>H.C. ANGLE, *et al.*,<br><br>Defendants. | CIV No. S-80-583-LKK<br><br>[ In Equity No. 30]<br><br><br>ORDER<br>GRANTING PLAINTIFF'S<br>MOTION TO AMEND THE<br>ANGLE DECREE |

    This matter is before the Court on the motion filed by the plaintiff, United States of America on behalf of the U.S. Bureau of Reclamation, to change the place of use of certain decreed water rights as set forth in the Angle Decree entered by the Honorable Frank H. Kerrigan of this Court on January 13, 1930, and to amend the Angle Decree accordingly.  The Court finds that this matter may be decided on the papers, and accordingly **VACATES** the hearing scheduled for March 3, 2014.

    Having reviewed the plaintiff's motion and supporting documentation, including the proposed Project Land Schedule for a total of 22,817.78 gross acres, and the complete record before the Court in this matter, and there having been filed no opposition to the motion, nor any objections or protests to the Water Master's report, the Court finds that good cause exists to GRANT the plaintiff's motion.  Accordingly,

1    IT IS HEREBY ORDERED THAT the plaintiff's motion to amend the Angle Decree is
2    GRANTED.
3    The Project Land Schedule in Article VIII of the Angle Decree is AMENDED to annex
4    the following lands into the Orland Project:

| Name: | Serial No.: | Acres: | Location: |
|---|---|---|---|
| Lowe | 861 | 20.1 | NE1/4NE1/4 Sec. 14 T22NR4W |
|  |  | 40.3 | NW1/4NE1/4 Sec. 14 T22NR4W |
|  |  | 40.3 | SW1/4NE1/4 Sec. 14 T22NR4W |
|  |  | 21.9 | SE1/4NE1/4 Sec. 14 T22NR4W |
|  |  | 21.8 | NE1/4SE1/4 Sec. 14 T22NR4W |
|  |  | 40.3 | NW1/4SE1/4 Sec. 14 T22NR4W |
| Total Acres: |  | 184.7 |  |

13   The number of acres within the Orland Project to which Orland Project water may be
14   delivered in any given irrigation season, including newly annexed lands, will remain capped at
15   21,000 acres, as prescribed in the Angle Decree.
16   SO ORDERED this 24th day of February, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

21   Presented this 22nd day of January 2014 by:
22   /s/ Stephen M. Macfarlane
23   STEPHEN M. MACFARLANE
     (N.Y. Bar #2456440; D.C. Bar #439139)
24   Senior Attorney, United States Department of Justice
     Environment and Natural Resources Division
25   501 I Street, Suite 9-700
26   Sacramento, CA 95814-2322
     Tel: (916) 930-2204/Fax: (916) 930-2210
27   Email: Stephen.Macfarlane@usdoj.gov
28