Paul R Minasian, SBN 040972
MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP
P O Box 1679
Oroville CA  95965
Telephone (530) 533-2885
Facsimile (530) 533-0197

Attorneys for: Stony Creek Water Master Supervision Committee (Orland Unit Water Users Association & Glenn-Colusa Irrigation District)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | IN EQUITY No. 30 |
| | ) | |
| Plaintiff, | ) | Civil S-80-583 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| H. C. ANGLE, et al. | ) | Hearing Date: March 3, 2014 |
| | ) | Time:         10:00 a.m. |
| **Defendants.** | ) | Department:   4 |
| | ) | Judge:        Lawrence K. Karlton |
| | ) | |

The Court has received and considered the Water Master Supervision Committee's Notice of Motion and Motion (ECF No. 340), and finds that the motion may be decided on the papers, without oral argument.  The hearing currently scheduled on this matter for March 3, 2014 is accordingly **VACATED.**

The court having  considered the papers submitted in support of the motion, namely, the Declarations of George Wilson, and George Pendell (together with his Statement of Qualifications) and the Recommended Agreement for the Provision of Water Master Services, the United States having filed a Statement of Non-Opposition, no other opposition having been filed, and good cause appearing, the court orders as follows:

PROPOSED ORDER, MOTION FOR APPOINTMENT OF SUCCESSOR WATER MASTER
-1-

1. The Court does hereby commend and thank George Wilson for his many years of service as Water Master under the United States District Court, Eastern District, entitled *United States of America v. H. C. Angle* Decree, in Equity, No. 30, and accept the resignation of George Wilson effective February 28, 2014.

2. The Court does hereby appoint George Pendell, effective March 1, 2014, as Water Master pursuant to the Decree in the action in the United States District Court, Eastern District, entitled *United States of America v. H. C. Angle* Decree, in Equity, No. 30.

3. The Court having reviewed the Agreement for Provision of Water Master Services by George Pendell (Water Master) and the Stony Creek Water Master Supervision Committee, does hereby approve the compensation of the Water Master upon the terms and provisions set forth in the Agreement for Provision of Water Master Services proposed to be entered into between the Stony Creek Water Master Supervision Committee and the Water Master, and the terms of payment and employment contained in that Agreement, incorporated as Exhibit "B" attached to the Declaration of the Water Master Supervision Committee, the Court hereby approves those Agreement terms and provisions.

4. Prior to the effective date of its commencement of duty, the Water Master shall execute and file with the Court the following oath:

> "I, George Pendell, do solemnly swear that I will support the Constitution and laws of the United States and that I will honestly and faithfully act as and perform the duties of Water Master under the Decree established in the matter of United States District Court, Northern District, entitled *United States of America v. H. C. Angle* Decree, in Equity, No. 30, and pursuant to the further Orders entered in the Federal District Court, Eastern District of California, in Civil Action S-80-583-PCW."

Dated: February 24, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER, MOTION FOR APPOINTMENT OF SUCCESSOR WATER MASTER

-2-