FILED
May 01, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA

Plaintiff,

v.

H.C. ANGLE, *et al.*,

Defendants.

Case No. 2:80-CV-00583-TLN
[In Equity No. 30]

NOTICE OF PAYMENTS REQUIRED UNDER THE ORDER
OF THIS COURT IN RELATION TO
COMPENSATION AND EXPENSES OF THE WATER MASTER
FOR THE CURRENT YEAR

By order of this Court on March 1, 2014, George E. Pendell was appointed as Water Master, and as such directed and authorized to carry out and enforce the provisions of the decree in this cause; and the cost in that relation for the current year (made up of the compensation of said Water Master together with a limited and stated sum per month on account of expenses, incurred by him, and moderate allowance for incidentals and contingencies) was apportioned to the parties named in said order; the plaintiff bearing more than one-half of the total.

The amount herein required to be paid by you for the current year (being a party or parties defendant named in said order, or a successor or successors in interest thereof) to the clerk of this court under said apportionment is the full sum shown on the attached Exhibit A

which is due and payable on or before **the first day of August 2019.** Payment may be made to the Stony Creek Water Master Supervision Committee at 828 Eighth Street, Orland, California, 95963. Remedies are provided for failure to make such payments.

You are referred to the decree in the cause, and to the aforesaid Order of this Court of June 2, 1984, which are on file in said clerk's office at Sacramento, California; copies thereof are available at the office of the Water Master at Orland, California.

DATE: May 1, 2019                .

                                                 MARIANNE MATHERLY
                                                 CLERK OF THE COURT