PHILLIP A. TALBERT
United States Attorney

EDWARD OLSEN
Assistant United States Attorney

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

JUDITH E. COLEMAN (Cal. Bar No. 250123)
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Email: Judith.Coleman@usdoj.gov

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>H.C. ANGLE, *et al.*,<br><br>Defendants. | CASE NO.  2:80-CV-00583-TLN<br>[In Equity No. 30]<br><br>ORDER AMENDING ANGLE DECREE RE: PLACE OF USE OF WATER RIGHTS |

This matter is before the Court on the Notice of Proposed Order to Amend Angle Decree filed by the plaintiff, United States of America, on August 5, 2022, which proposed amendments to the place of use of certain decreed water rights in the Final Decree entered in the above-captioned case by the Hon. Frank H. Kerrigan of this Court on January 13, 1930 (the Angle Decree or Decree). The proposed amendments reflect annexations of certain properties into the Orland Project. The Water Master for Stony Creek and Tributaries gave notice of the proposed amendments and received no objections. Accordingly, pursuant the Court's Order of February 11, 2009 (ECF No. 295), the

United States submitted a proposed order embodying the amendments, which the Court may approve without a hearing. *See* Order of Feb. 11, 2009, at 17.

The Court has reviewed the Proposed Order, the United States' Notice of Proposed Order to Amend Angle Decree, the Declaration of Jacob Berens, the Declaration of Ray Sahlberg and Project Land Schedule attached thereto, the United States' Notice of Filing of Report by Water Master for Proposed Annexations to Orland Project (ECF No. 381), the Notice of Water Master Administering Decree Under the Order Dated February 11, 2009 (ECF No. 381-1), and the complete record before the Court on this matter. Being so advised, the Court finds that the proposed amendments to Angle Decree have been submitted in a manner consistent with the Court's Order dated February 11, 2009 (ECF No. 295), that good cause exists for the amendments, and that no hearing is necessary.

Accordingly, the Project Land Schedule in Article VIII of the Angle Decree is hereby **AMENDED** to annex the following lands into the Orland Project:

| Name | SN | Acres | Location | Total Acres |
|---|---|---|---|---|
| Verboom | 867 | 40.12 | SW¼ NW¼ Sec. 25 T22N R4W | |
| | | 37.93 | SE¼ NW¼ Sec. 25 T22N R4W | |
| | | 40.14 | SW¼ NE¼ Sec. 25 T 22N R4W | |
| | | 35.75 | SE¼ NE¼ Sec. 25 T22N R4W | 153.94 |
| Ferrasci | 868 | 3.86 | SW ¼ NE ¼ Sec. 9 T21N R3W | 3.86 |
| Reimers | 869 | 16.88 | SE¼ NE¼ Sec. 10 T22N-R4W | |
| | | 29.67 | NE¼ SE¼ Sec. 10 T22N-R4W | |
| | | 33.76 | SE¼ SE¼ Sec. 10 T22N-R4W | |
| | | 0.05 | SE¼ NW¼ Sec. 11 T22N-R4W | |
| | | 9.81 | SW¼ NW¼ Sec. 11 T22N-R4W | |
| | | 17.17 | NE¼ SW¼ Sec. 11 T22N-R4W | |
| | | 25.54 | NE¼ SW¼ Sec. 11 T22N-R4W | (cont'd) |

| | | | |
|---|---|---|---|
| | 38.51 | SW¼ SW¼ Sec. 11 T22N-R4W | |
| | 33.60 | SE¼ SW¼ Sec. 11 T22N-R4W | |
| | 33.31 | NW¼ NW¼ Sec. 14 T22N-R4W | |
| | 30.40 | NE¼ NW¼ Sec. 14 T22N-R4W | |
| | 11.91 | SW¼ NW¼ Sec. 14 T22N-R4W | |
| | 11.86 | SE¼ NW¼ Sec. 14 T22N-R4W | |
| | 12.05 | NE¼ NE¼ Sec. 15 T22N-R4W | 304.52 |

The number of acres within the Orland Project to which Orland Project water may be delivered in any given irrigation season, including newly annexed lands, will remain capped at 21,000 acres, as prescribed in the Angle Decree.

**IT IS SO ORDERED** this 5th day of August, 2022.

_____
Troy L. Nunley
United States District Judge