1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  THE UNITED STATES OF AMERICA          Case No.  2:80-CV-00583-TLN

11          Plaintiff,                    [In Equity No. 30]

12      v.

13  H.C. ANGLE, *et. al.*,

14          Defendants.

15

16          NOTICE OF PAYMENTS REQUIRED UNDER THE ORDER
            OF THIS COURT IN RELATION TO
17  COMPENSATION AND EXPENSES OF THE WATER MASTER
            FOR THE CURRENT YEAR
18

19          By order of this Court on March 1, 2014, George E. Pendell was appointed as Water

20  Master, and as such directed and authorized to carry out and enforce the provisions of the decree

21  in this cause; and the cost in that relation for the current year (made up of the compensation of

22  said Water Master together with a limited and stated sum per month on account of expenses,

23  incurred by him, and moderate allowance for incidentals and contingencies) was apportioned to

24  the parties named in said order; the plaintiff bearing more than one-half of the total.

25          The amount herein required to be paid by you for the current year (being a party or parties

26  defendant named in said order, or a successor or successors in interest thereof) to the clerk of this

27  court under said apportionment is the full sum shown on the attached Exhibit A, which is due and

28  payable on or before **the first day of August 2025**.  Payment may be made to the Stony Creek

2:80-CV-00583-TLN                                   1

Water Master Supervision Committee at 828 Eighth Street, Orland, California, 95963. Remedies are provided for failure to make such payments.

You are referred to the decree in the cause, and to the aforesaid Order of this Court of June 2, 1984, which are on file in said clerk's office at Sacramento, California; copies thereof are available at the office of the Water Master at Orland, California.

DATE: April 7, 2025

_____
KEITH HOLLAND
CLERK OF THE COURT